BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-144 JAM |
|---|---|
| Plaintiff, | STIPULATION CONTINUING SENTENCING DATE; ORDER |
| v. | DATE: August 18, 2015 |
| JASON SCHROEDER, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and request that the sentencing date

1. By previous order, this matter was set for judgment and sentencing on August 18, 2015.

2. By this stipulation, the parties now move to continue the date for judgment and sentencing until September 8, 2015 at 9:15 a.m..

3. The parties also stipulate that any responses to the formal objections to the Pre-Sentence Report should be filed no later than August 11, 2015.

IT IS SO STIPULATED.

Dated:  August 5, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ JARED C. DOLAN
JARED C. DOLAN
Assistant United States Attorney

Dated:  August 5, 2015

/s/ TIM ZINDEL
TIM ZINDEL
Counsel for Defendant
JASON SCHROEDER

## [PROPOSED] ORDER

IT IS SO ORDERED this 6th day of August, 2015.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION CONTINUING DATE FOR JUDGMENT AND SENTENCING; [PROPOSED] ORDER

2