1  BENJAMIN B. WAGNER
United States Attorney
2  JARED C. DOLAN
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

5

6  Attorneys for Plaintiff
United States of America

7

8                         IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:13-CR-144 JAM

12                      Plaintiff,         STIPULATION CONTINUING SENTENCING
                                          DATE;  ORDER
13              v.
                                          DATE: August 18, 2015
14  JASON SCHROEDER,                       TIME: 9:15 a.m.
                                          COURT: Hon. John A. Mendez
15                      Defendant.

16

17                                  **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate and request that the sentencing date

20       1.      By previous order, this matter was set for judgment and sentencing on August 18, 2015.

21       2.      By this stipulation, the parties now move to continue the date for judgment and

22  sentencing until September 8, 2015 at 9:15 a.m..

23       3.      The parties also stipulate that any responses to the formal objections to the Pre-Sentence

24  Report should be filed no later than August 11, 2015.

25

26

27

28

STIPULATION CONTINUING DATE FOR JUDGMENT AND           1
SENTENCING; [PROPOSED] ORDER

1    IT IS SO STIPULATED.

2

3

4    Dated:  August 5, 2015                    BENJAMIN B. WAGNER
                                               United States Attorney

5
                                               /s/ JARED C. DOLAN
6                                              JARED C. DOLAN
                                               Assistant United States Attorney
7

8
     Dated:  August 5, 2015                    /s/ TIM ZINDEL
9                                              TIM ZINDEL
                                               Counsel for Defendant
10                                             JASON SCHROEDER

11

12

13

14                            **[PROPOSED] ORDER**

15       IT IS SO ORDERED this 6th day of August, 2015.

16
                                               /s/ John A. Mendez
17                                             THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27

28

STIPULATION CONTINUING DATE FOR JUDGMENT AND          2
SENTENCING; [PROPOSED] ORDER