BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-00144-JAM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JASON SAMUEL SCHROEDER, JOHN JUDAH YOUNG, KIRK ARTHELL SANDERSON, et al., | |
| Defendants. | |

WHEREAS, on or about February 25, 2015, this Court entered a Preliminary Order of Forfeiture

pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea

agreements entered into between plaintiff and defendants John Judah Young, Kirk Arthell Sanderson

and Jason Samuel Schroeder forfeiting to the United States the following property:

    a.    2008 Toyota Tundra Truck, VIN: 5TFDV54188X055642, California License Number: 8P02622,

    b.    All items listed in Exhibit A, attached hereto and incorporated within,

    c.    All items listed in Exhibit B, attached hereto and incorporated within, and

    d.    All items listed in Exhibit C, attached hereto and incorporated within.

AND WHEREAS, beginning on February 28, 2015, for at least 30 consecutive days, the United

States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the

Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States of America

all right, title, and interest in the above-listed property pursuant to 981(a)(1)(C) and 28 U.S.C. § 2461(c),

to be disposed of according to law, including all right, title, and interests of John Judah Young, Kirk

Arthell Sanderson and Jason Samuel Schroeder.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the

United States of America.

3.      The Internal Revenue Service shall maintain custody of and control over the subject

property until it is disposed of according to law.

SO ORDERED this 23rd day of November, 2015.


/s/ JOHN A. MENDEZ_____
JOHN A. MENDEZ
United States District Judge

# EXHIBIT A

**Seizure Date:**      **April 9, 2013**

**Seizure
Location:**      **2025 W El Camino #217
Sacramento, CA**

| AFTRAK Number | Asset Number | Asset Description | Quantity |
|---|---|---|---|
| 94130108 | 1 | Nike Jersey | 1 |
| 94130108 | 2 | Professional Sports Jerseys | 4 |
| 94130108 | 3 | Geoffrey Beene Dress Shirts | 5 |
| 94130108 | 5 | Sony Laptop | 1 |
| 94130108 | 6 | Asus Laptop | 1 |
| 94130108 | 7 | Asus Tablet Case | 1 |
| 94130108 | 8 | REI Tablet Case | 1 |
| 94130108 | 9 | iPad w/external portable harddrive | 1 |
| 94130108 | 10 | Samsung Smart Phone | 1 |
| 94130108 | 11 | Sandisk Thumbdrive | 1 |
| 94130108 | 12 | Micro sd Card | 1 |
| 94130108 | 13 | iPhone case | 1 |
| 94130108 | 14 | HP 470 Travel Printer | 1 |
| 94130108 | 15 | Logitech Blue-Tooth Keyboards | 2 |
| 94130108 | 16 | Crockpot | 1 |
| 94130108 | 17 | Calphlon Seven Knife Set- Katana Series | 1 |
| 94130108 | 18 | 20 Piece Lenox Flatware Set, 18/10 Stainless Steel | 1 |
| 94130108 | 19 | Vitamix Blender Container Top | 1 |
| 94130108 | 20 | Breville Juice Fountain | 1 |
| 94130108 | 21 | REI Duffle Bag | 1 |
| 94130108 | 22 | Home Elegance B45-T, Storage Bin w/Castors | 1 |
| 94130108 | 23 | North Face Yellow Duffle Bag | 1 |
| 94130108 | 25 | Fitbit Zip Wireless Activity Tracker | 3 |
| 94130108 | 26 | Insulated Q-Core SL Sleeping Pad | 2 |
| 94130108 | 27 | Outdoor Products Travel Bag | 1 |
| 94130108 | 28 | Exped Down Sleeping Mat | 1 |
| 94130108 | 29 | Wilson A2K Baseball Mitt | 1 |
| 94130108 | 30 | Nike One Baseball Cap | 1 |
| 94130108 | 31 | Pro-Kennex- Kinetic 750 Racketball Racket | 1 |
| 94130108 | 32 | Pelouze Mailing Scale | 1 |
| 94130108 | 33 | Zwilling J.A. Henckels 8 Piece Knife Set | 5 |
| 94130108 | 34 | Wusthof Knife Set | 9 |

| 94130108 | 35 | Mixed Breed ID Test for Dogs | 4 |
| 94130108 | 36 | Fiproguard Sentry Flez/Tick for Dogs | 1 |
| 94130108 | 37 | Advantage II for Dogs | 1 |
| 94130108 | 38 | Cosequin DS Supplements for Dogs | 1 |
| 94130108 | 39 | Outdoor Products Duffel Bag- Black | 1 |

# EXHIBIT B

**Seizure Date:**              **April 10, 2013**
**Seizure Location:**          **2716 Oak Road #217**
                               **Walnut Creek, CA**

| AFTRAK Number | Asset Number | Asset Description | Quantity |
|---|---|---|---|
| 94130105 | 1 | iPhone | 1 |
| 94130105 | 2 | Black Diamond HeadLamps Assorted | 11 |
| 94130105 | 3 | Outdoor Products Duffel Bags | 2 |
| 94130105 | 4 | Black Diamond Trekking Poles | 1 Pair |
| 94130105 | 5 | Frontline Flea Medicine | 4 |
| 94130105 | 6 | Advantix Flea Medicine | 11 |
| 94130105 | 7 | Cosequin Dog Supplements | 2 |
| 94130105 | 8 | Flexi Dog Leash | 1 |
| 94130105 | 9 | Furminator Pet Grooming Brushes | 10 |
| 94130105 | 10 | Roxylean Bodybuilding  Supplement | 1 |
| 94130105 | 11 | Muscle Tech Sports Supplement | 1 |
| 94130105 | 12 | Vinturi Wine Aerator | 5 |

# EXHIBIT C

**Seizure Date:**          **April 9, 2013**
**Seizure Location:**     **2251 Garden Highway**
                         **Sacramento, CA**

| IRS AFTRAK Number | Asset Number | Asset Description | Quantity |
|---|---|---|---|
| 94130107 | 1 | North Face Duffel Bags | 7 |
| 94130107 | 2 | Outdoor Products Duffel Bags | 2 |
| 94130107 | 3 | Samsonite Duffel Bag | 1 |
| 94130107 | 4 | Messenger Bag | 1 |
| 94130107 | 5 | Yakima Duffel | 1 |
| 94130107 | 6 | Misc. Bags | 36 |
| 94130107 | 7 | Sea To Summit Bags (used) | 25 |
| 94130107 | 8 | Misc bags (used) | 30 |
| 94130107 | 9 | Eagle Creek Bags | 17 |
| 94130107 | 10 | North Face Kings Canyon Tent | 1 |
| 94130107 | 11 | North Face Jackets | 15 |
| 94130107 | 12 | North Face Enzo Goretex Pants | 1 |
| 94130107 | 13 | SW-X 3/4 Length Revolution Tights | 9 |
| 94130107 | 14 | Barneys of New York Jackets | 2 |
| 94130107 | 15 | Arcteryx Men's Goretex Pro Shell Pants | 1 |
| 94130107 | 16 | Arcteryx Jackets | 10 |
| 94130107 | 17 | REI Jackets | 3 |
| 94130107 | 18 | North Face Phoenix 3 Tent | 1 |
| 94130107 | 19 | Bikamper Three-Season Personal Sleeper Tent | 1 |
| 94130107 | 20 | Neo Air Sleeping Pad | 2 |
| 94130107 | 21 | Marmot Jackets | 4 |
| 94130107 | 22 | Yellow Spyder pants | 1 |
| 94130107 | 23 | Ski Retriever | 4 |
| 94130107 | 24 | Deep Powder Ski Retriever Kit | 3 |
| 94130107 | 25 | 1 pair Leki Ultralite Thermalite Poles | 1 |
| 94130107 | 26 | Black Diamond Trekking Poles | 3 |
| 94130107 | 27 | Goretex Gloves | 4 |
| 94130107 | 28 | Arcteryx Sabre Pants | 2 |
| 94130107 | 29 | Oakley Great Ascent Goretex Pants | 2 |
| 94130107 | 30 | Burton TWC Denim PT Pants | 1 |
| 94130107 | 31 | Arcteryx Accelero Nighthawk Jackets | 6 |
| 94130107 | 32 | Footjoy DryJoys Jackets | 3 |

| | | | |
|---|---|---|---|
| 94130107 | 33 | Zumiez Equilibrium DGK DBP-36 Backpack | 1 |
| 94130107 | 34 | Used Backpack Full of Miscellaneous Shipping Supplies | 1 |
| 94130107 | 35 | Mountain Hardware Jackets | 2 |
| 94130107 | 36 | Gore Bike Wear Goretex Jackets | 4 |
| 94130107 | 37 | Patagonia Jackets | 6 |
| 94130107 | 38 | Under Armour Jackets | 8 |
| 94130107 | 39 | Under Armour Shirts | 10 |
| 94130107 | 40 | Under Armour Shorts | 10 |
| 94130107 | 41 | Adidas Jacket | 1 |
| 94130107 | 42 | Black Adidas Bag (used) | 1 |
| 94130107 | 43 | American DJ, Royal Sky Laser Lights | 1 |
| 94130107 | 44 | Clothing Racks- Portable Plastic, damaged | 3 |
| 94130107 | 45 | Rubbermaid Action Packer Storage Bin | 1 |
| 94130107 | 46 | Nike Shorts | 5 |
| 94130107 | 47 | Nike Shirts/Jackets | 12 |
| 94130107 | 48 | 1 pair Nike Free Athletic Shoes | 1 |
| 94130107 | 49 | Nike Sports Watch GPS | 1 |
| 94130107 | 50 | Nike Track Suit | 2 |
| 94130107 | 51 | Lindeberg Shirts | 2 |
| 94130107 | 52 | Smartwool Shirts | 2 |
| 94130107 | 53 | Gap Buttondown Shirts | 8 |
| 94130107 | 54 | Brookstone Boogie Board Writing Tablets | 2 |
| 94130107 | 55 | Miyabi Toishi Pro Synthetic Ceramic Whetstone | 2 |
| 94130107 | 56 | Battlesmart Sports Chin Protectors | 2 |
| 94130107 | 57 | All Clad Pans | 8 |
| 94130107 | 58 | Williams Sonoma Bluetooth Speaker | 1 |
| 94130107 | 59 | Miyabi 270-2232, Ice Mold | 1 |
| 94130107 | 60 | Wusthof Knives (4 Piece Set) out of box | 1 |
| 94130107 | 61 | Scanpans | 3 |
| 94130107 | 62 | Copper Pans | 5 |
| 94130107 | 63 | All Clad Pans | 4 |
| 94130107 | 64 | Waterford Martini Glasses | 2 |
| 94130107 | 65 | Waterford Champagne Glasses | 2 |
| 94130107 | 66 | Waterford Lowball Glasses | 3 |
| 94130107 | 67 | Waterford Champagne Glasses | 3 |
| 94130107 | 68 | Waterford Decanters | 2 |
| 94130107 | 69 | Waterford Butter Tray | 1 |
| 94130107 | 70 | Waterford Goblets | 5 |
| 94130107 | 71 | 1 Box (5 piece Global Knives) | 1 |
| 94130107 | 72 | Henkle Miyabi 18" Chef Knife | 1 |

| 94130107 | 73 | Henkle Magnetic Bar | 2 |
| 94130107 | 74 | 5 boxes (Henkle 8 Piece Knife Sets ) | 5 |
| 94130107 | 75 | Williams Sonoma Shun Cutlary Knives | 4 |
| 94130107 | 76 | Wusthoft Knife Set- Prepack Classic | 1 |
| 94130107 | 77 | Wusthoft Knive, 6 in | 5 |
| 94130107 | 78 | Schmidt Bros. Knife | 1 |
| 94130107 | 79 | Zwilling by Kramer Sharpening Stone | 2 |
| 94130107 | 80 | Zwilling J.A. Henckels, Miyabi Sharpener | 1 |
| 94130107 | 81 | Miyabi Saya Knife Protecting Sheath | 10 |
| 94130107 | 82 | DeBuyer Mandoline Dicer | 2 |
| 94130107 | 83 | USN MK 3 MOD 0 Hunting Knife with Sheath- Black | 1 |
| 94130107 | 84 | Calphalon Knife Set | 2 |
| 94130107 | 85 | Calphalon Knife Set | 1 |
| 94130107 | 86 | Blackberry Phone | 1 |
| 94130107 | 87 | iPad Smart Cases | 2 |
| 94130107 | 88 | iPad Cases | 2 |
| 94130107 | 89 | Logitech Rechargeable Trackpad | 28 |
| 94130107 | 90 | Logitech Tablet Keyboard | 1 |
| 94130107 | 91 | Motorola Surfboard Extremet Cable Modem | 1 |
| 94130107 | 92 | Insulated Q-Core SL Sleeping Pad | 1 |
| 94130107 | 93 | iRobot Roomba Model 650 w/ Accessories | 1 |
| 94130107 | 94 | Targus Ultraline Wireless Mouse | 2 |
| 94130107 | 95 | Motorola Surfboard Wireless Cable Modem | 1 |
| 94130107 | 96 | Life Proof  iPhone 5 Case | 1 |
| 94130107 | 97 | Lifeproof iPhone 5 Cases | 5 |
| 94130107 | 98 | ResQlink Personal Locator Beacon | 1 |
| 94130107 | 99 | Zoom Q2HD Handy Video Recorder | 1 |
| 94130109 | 1 | Nikon 1 Camera | 1 |
| 94130109 | 2 | Lewmar Pro-Series 700 Windlass | 1 |
| 94130109 | 3 | NetGear R6200 Wifi Router | 1 |
| 94130109 | 4 | Western Digital, My Book Live, Personal Cloud Storage System | 1 |
| 94130109 | 5 | Morphie Juice Pack Air Rechargeable iPhone Covers | 5 |
| 94130109 | 6 | Logitech Rechargeble Trackpad for Mac | 3 |
| 94130109 | 7 | Logitech Keyboard Covers | 3 |
| 94130109 | 8 | Logitech Keyboards | 4 |
| 94130109 | 9 | Bose Small Cube directional speakers | 4 |
| 94130109 | 10 | GoPro Hero Camera and Accessories | 1 |
| 94130109 | 11 | Makita 2 piece cordless drill set in bag | 1 |
| 94130109 | 12 | Raquetball Rackets | 3 |

| | | | |
|---|---|---|---|
| 94130109 | 13 | Bike Saddles | 2 |
| 94130109 | 14 | Baseball Bats | 6 |
| 94130109 | 15 | Rawling Baseball Mitts | 2 |
| 94130109 | 16 | Titleist Scotty Cameron Select Newport 1.5 Golf Putter | 1 |
| 94130109 | 17 | Stohlquist Water Ware Orange Suit | 1 |
| 94130109 | 18 | Tomtom HA 1282M03406 Pedometer | 1 |
| 94130109 | 19 | Mio Pedometers | 5 |
| 94130109 | 20 | Hotronic Electronic Heating System | 3 |
| 94130109 | 21 | Stokke Baby Mycarrier- Tan | 1 |
| 94130109 | 22 | Traveler Guitar, Escape EG1S Red Finish Guitar | 1 |
| 94130109 | 23 | Titanium Robert Simmons Paint Brushes ; LC American Painter 4250F Flat Paint Brush; Iris Scrapbook Case | 43 |
| 94130109 | 24 | Seal Line Dry Bags | 3 |
| 94130109 | 25 | Winsor & Newton Artist's Oil Colour paint tubes | 12 |
| 94130109 | 26 | Bead Landing 3 piece Stamping Circle Punches | 1 |
| 94130109 | 27 | Halcraft, Bead Gallery, miscellaneous pendants. | 25 |
| 94130109 | 28 | Bead Landing Tools;  Jewelry Essentials Tools | 5 |
| 94130109 | 29 | Jewelry Essentials Stamps | 2 |
| 94130109 | 30 | Bead Landing Design Block | 1 |
| 94130109 | 31 | Bead Landing Disc Cutter | 1 |
| 94130109 | 32 | Bead Landing 9 piece Number Punch Tool | 1 |
| 94130109 | 33 | Bead Landing Stamping Blank Assortments | 5 |
| 94130109 | 34 | Bead Landing Metal Stamping Sheets | 11 |
| 94130109 | 35 | Sentry Fiproguard for Dogs | 7 |
| 94130109 | 36 | Blue Flexilong Leash | 1 |
| 94130109 | 37 | Pure Breed Test | 1 |
| 94130109 | 38 | Comfort Zone Diffusers | 4 |
| 94130109 | 39 | Comfort ZoneSprays | 2 |
| 94130109 | 40 | Advantage II Kitten | 3 |
| 94130109 | 41 | Frontline Spray | 4 |
| 94130109 | 42 | Petarmor for Dogs | 2 |
| 94130109 | 43 | Sentry Fiproguard for Cats | 7 |
| 94130109 | 44 | Frontline Plus for Cats | 5 |
| 94130109 | 45 | Advantage II for Cats | 15 |
| 94130109 | 46 | K9 Advantix II for Dogs | 16 |
| 94130109 | 47 | Advantage II for Dogs | 4 |

| | | | |
|---|---|---|---|
| 94130109 | 48 | Sentry Worm x Plus | 1 |
| 94130109 | 49 | Furminator Deshedding Tools | 24 |
| 94130109 | 50 | Weems & Plath Clock/Weather Atlantis Collection | 1 |
| 94130109 | 51 | Dyson Animal DC44 Vaccum and accessories | 1 |
| 94130109 | 52 | Apple Airport Extreme 802.11n Wi-Fi | 1 |
| 94130109 | 53 | Bowers & Wilkins P5 Mobile Headphones | 1 |
| 94130109 | 54 | Ecco Natural Motion Golf Shoes BIOM Men's | 2 |
| 94130109 | 55 | Assorted Bottles of Supplements | 21 |
| 94130109 | 56 | 1 Box Calphalon Knives Katana Series | 1 |
| 94130112 | 1 | Markbass Big Bank 500W Amp Head | 1 |

**Seizure Date:**         **April 9, 2013**
**Seizure Location:**     **Range Rover**
                         **VIN: SALMF134X8A275006**

| AFTRAK Number | Asset Number | Asset Description | Quantity |
|---|---|---|---|
| 94130106 | 1 | North Face Duffel Bag | 1 |
| 94130106 | 2 | Duffel Bag | 1 |
| 94130106 | 3 | Tumi Tech Backpack | 1 |
| 94130106 | 4 | Tumi Tech Backpack | 1 |
| 94130106 | 5 | Sea to Summit Bag | 1 |
| 94130106 | 6 | Big Agnes Tent | 1 |
| 94130106 | 7 | Tennis Racket | 1 |
| 94130106 | 8 | Wilson A2000 Baseball Mitt | 1 |
| 94130106 | 9 | Under Armour Jacket | 1 |
| 94130106 | 10 | Williams Sonoma Demayere Cookware | 1 |
| 94130106 | 11 | American DJ- Inno Color Beam LED Projector | 1 |
| 94130106 | 12 | Cable Modem | 1 |
| 94130106 | 13 | HP Officejet 15D Mobile Printer | 1 |
| 94130106 | 14 | Verizon Jetpack MiFi | 1 |
| 94130106 | 15 | Liteproof iPhone Case | 2 |
| 94130106 | 16 | A-HD Supplements | 7 |
| 94130106 | 17 | Kre-Alkalyn Supplements | 3 |
| 94130106 | 18 | Beyond COQ-10 Supplements | 1 |
| 94130106 | 19 | Digest Gold Supplements | 1 |
| 94130106 | 20 | Calcium Citrate Supplements | 1 |
| 94130106 | 21 | Petamor Flea Medicine | 9 |
| 94130106 | 22 | Advantage II Flea Medicine | 3 |

| | | | |
|---|---|---|---|
| 94130106 | 23 | Sentry Fipro Flea Medicine | 1 |
| 94130106 | 24 | Frontline Flea & Tick | 3 |
| 94130106 | 25 | Pure Breed Test | 2 |
| 94130106 | 26 | Flexi Dog Leash | 2 |
| 94130106 | 27 | Dog Harness | 1 |
| 94130106 | 28 | Eagle Creek Pack-It System | 1 |